### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NOS. 18-449 & 19-015-2 |
| GERALD SPRUELL | |

### ORDER

**AND NOW**, this 28th day of January 2021, upon consideration of Gerald

Spruell's *pro se* omnibus Motion for Review of Detention/Compassionate

Release/Reconsideration to Modify Sentence, (ECF Nos. 68 and 481), and the

Government's Response, (ECF Nos. 73 and 484), and associated exhibit, (ECF Nos. 74

and 485), it is **ORDERED** that the Motion is **DENIED**.


BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1